**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior *et al.*,<br><br>        Defendants,<br><br>    and,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>        Proposed Defendant-Intervenors. | Case No. 2:24-cv-00438-DBB-DAO<br><br>Judge David Barlow<br>Magistrate Judge Daphne Oberg |

## <u>DECLARATION OF ANDREW JOHN BLAIR</u>

I, Andy John Blair, hereby declare as follows:

1.      My name is Andy Blair. I reside in Lander, Wyoming. I have worked as an outdoor educator for over 30 years. This declaration represents my personal sentiments, including as a long-time member of The Wilderness Society, and not those of my employer.

2.      I have been a member of The Wilderness Society since 1998. I have been a member and supporter of The Wilderness Society, and many other conservation organizations, because I believe in and value protecting wild places.

3.      Founded in 1935, The Wilderness Society is a national non-profit membership organization whose mission is to unite people to protect America's wild places. It has led the

effort to permanently protect nearly 112 million acres of wilderness and to ensure sound management of our shared national lands. The Wilderness Society has more than one million members and supporters, including approximately 300 in my home state of Wyoming. The Wilderness Society has for decades worked to ensure that the Bureau of Land Management (BLM) appropriately implements its multiple use and sustained yield mission across the 245 million acres of surface and 700 million acres of subsurface it manages. Wilderness Society staff regularly engages in a range of BLM decisions – national policy, land management planning, oil and gas leasing, and project-level authorizations – both nationally and locally in Wyoming and across the West to protect and connect public lands and enhance ecosystem resilience, wildlife habitat, and opportunities for people to connect with nature. This work is especially critical in the face of climate change, with a significant amount of U.S. greenhouse gas emissions originating from public lands.

4.      My connection to public lands is intimately connected to my personal experiences with wild places. I grew up in Michigan, Maine, and Vermont and was first exposed to wild places at summer camp in Nova Scotia, Canada—a camp that combined farm work and outdoor recreation, including hiking, riding horses, and exploring. This camp provided a subtle indoctrination into wild places for most of my teenage years. The sun would set over the Northumberland Straight and you could see an outline of Prince Edward Island in the distance.

5.      I first came to the American West when I was 18 and went on a National Outdoor Leadership School (NOLS) outdoor expedition mountaineering in Wyoming's Wind River Range. After completing my degree in philosophy, I returned to NOLS in 1992 to instruct multi-day wilderness expeditions and spent most of the next two decades teaching backcountry courses, predominantly on public lands throughout Wyoming, Utah, Idaho, Nevada, Arizona,

2

and Washington. I moved to Wyoming because of access to public lands and to be closer to wild places. I believe in sharing wild places with people—it's a benefit to us as a society and as a species. The survival of our species is intimately connected to how we work within the ecological systems of which we are a part. Managing public lands, including BLM lands, with a recognition that conservation is a legitimate and vital use gives us a chance at long-term survival.

6.       I built my professional career in outdoor education, a business that relies on access to public lands and wild places for outdoor expeditions. During the last twelve years working in outdoor education administration, I managed 30 permits with three federal land management agencies, including BLM, to allow for our courses to utilize public lands. In Wyoming, I managed BLM permits for Northern Red Desert horse-packing courses in the Rock Springs and Pinedale Field Offices, and permits for rock climbing courses in the Lander and Casper Field Offices. Healthy, intact ecosystems are integral to the success of our courses. Wildlands provide our students with a classroom in which they are able to develop leadership and wilderness skills that help them develop into competent and conscientious backcountry travelers in a milieu with real consequences; where decisions matter and feedback is direct. Healthy, intact ecosystems are also integral to the success of our species because we are intimately intertwined with the ecological systems that support life on this planet. Healthy, intact ecosystems allow us to educate our students about the value of protecting them for ourselves and for our species. We have looked around the galaxy for evidence of similar worlds to this one and while they are probably out there, we haven't found any yet and they sure aren't close. To say that healthy, intact ecosystems are integral to my chosen career and employment is an understatement. They are integral to the survival of us all.

7.      Outside of my professional work, I recreate several times a week on BLM-managed public lands near Lander, Wyoming, including local spots known as The Bus (part of which is in an Area of Critical Environmental Concern (ACEC)) and Johnny Behind the Rocks (a Special Recreation Management Area) in the Lander Field Office. I enjoy biking, hiking, trail running, and wildlife viewing at these places. I find this time to be spiritually nourishing: open spaces allow my mind to wander and to reflect and to relax. I also enjoy viewing wildlife, including observing big game and bird-watching. I appreciate the heightened level of protection offered to such landscapes when they receive designation as an ACEC, Special Recreation Management Areas, or other conservation-oriented management. Despite BLM's conservation obligations, too often what has actually taken place on the ground is a slow, steady chipping away at healthy, intact ecosystems through extraction that primarily benefits private companies. The additional level of protection from ACEC designation or other conservation-oriented management has helped protect some areas that would otherwise have been developed.

8.      Several times a year, I visit BLM-managed public lands further afield in the Prospect Mountains and Northern Red Desert (Rock Springs Field Office). I go to the Northern Red Desert to drive the Tri-Territory Loop and visit Steamboat Mountain, Oregon Buttes and Honeycomb Buttes Wilderness Study Areas, Boar's Tusk and White Mountain Petroglyphs, and the Sand Dunes. I hike and camp and enjoy the scenery. I visited these places twice in 2023, and I plan to return this year and in future years to enjoy my favorite places there while hiking, basking in the scenery, and getting away from daily routines. Though not permanently protected as wilderness, these lands offer substantial opportunities for solitude that I rely on. They are highly accessible, being only a few hours from my home. I think it's important to have public lands that provide solitude and are easy to get to—folks with a variety of abilities can enjoy these

4

areas because of the network of gravel roads. In fact, my daughter drove a vehicle for the first time in her early teenage years on a dirt road from Jeffrey City, Wyoming to Wamsutter, Wyoming across predominantly BLM lands while we were supporting my wife on the Tour Divide Mountain Bike Race.

9. Currently, some of these lands lack protective management and are open to mining, renewable energy development, pipelines, and road building. I frequently drive the Lander Cut-Off Road through the Big Sandy Foothills and past the Prospect Mountains while travelling between Lander and Pinedale, Wyoming. Much of this landscape is open to oil and gas leasing, mining, and renewable energy development. Should development take place in this area, I fear we would see similar impacts to what we have seen in the Jonah and Anticline fields over the last couple of decades (e.g., declining wildlife populations, habitat fragmentation, decreasing air quality, etc.). I embrace the idea of multiple use and sustained yield as part of the BLM's mission, but have seen the agency implement that mission in an unbalanced way that favors extractive uses over conservation uses. For instance, a nearby natural gas field, the Jonah Field, has become a single use area. I do not go camping, hunting, or hiking there. I understand that responsibly developing some fossil fuels is one component of BLM's multiple use mission, but it seems to me as an outdoor educator and a member of the public who enjoys these lands, that the agency must manage more areas for conservation in order to balance the uses on the landscape. That's why I'm hopeful for this Public Lands Rule – a rule that will ensure that BLM considers conservation when it makes decisions and plans for the future of public lands. The intactness of the ecosystems in the Prospect Mountains, the Northern Red Desert, and similar places would be negatively impacted and damaged by development that could be allowed there. Ecosystems are more complicated than we know and we're in the process of making a hash of many of them, so

5

it's time to identify places and protect them to stem the tide. This could be achieved through a number of common-sense tools included in the Public Lands Rule, including identifying intact landscapes and designating Areas of Critical Environmental Concern.

10.     The impacts of unbalanced extractive use have impacted me personally. I have seen the development of the Jonah and Anticline natural gas field and can remember, years ago, looking at those landscapes from the Wind River Range and Three Peaks Ranch and those places were completely dark at night. That's not true anymore. I've been deep in the Wind River Mountains and can see a layer of haze from the pollution that comes from those fields. After intense natural gas field development in the Upper Green, now the air quality is on par with high density urban areas, like Los Angeles. It's a loss—we had this expanse of dark skies, intact wildlife habitat, resources that are so rare these days and that are now gone. I don't want to see this be the fate of other intact landscapes I frequent that remain open to future leasing and development, like Prospect Mountains and places in the Northern Red Desert.

11.     I was very pleased to see the BLM release the final Public Lands Rule on April 18, 2024. Based on my understanding, the Rule will provide common-sense and long-overdue regulatory direction to ensure the agency is balancing conservation-oriented uses with extractive uses on public lands and complying with its legal obligations to protect wildlife habitat, air and water quality, recreational opportunities, scenery, and a range of other public lands resources and values that I hold dear. I submitted supportive comments to the BLM on the proposed rule last year. I am eager to work with The Wilderness Society and local BLM decision-makers here in Wyoming to implement the Public Lands Rule. The Wilderness Society and other organizations have submitted ACEC nominations for places I visit, including in the Northern Red Desert and

Big Sandy Foothills. If the Public Lands Rule is overturned, my ability to advocate for more durable protections and sound management of the areas described above will be harmed.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: July 24, 2024

By: _____

Andy Blair

7