Stephen H.M. Bloch (# 7813)
Michelle White (# 16985)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
michellew@suwa.org

Attorneys for Proposed Defendant-Intervenors
Southern Utah Wilderness Alliance and The Wilderness Society

Todd C. Tucci (Idaho Bar # 6526) (*pro hac vice*)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, Idaho 83702
Telephone: (208) 724-2142
ttucci@advocateswest.org

Attorney for Proposed Defendant-Intervenor Conservation Lands Foundation

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior, *et al.*,<br><br>    Defendants,<br><br>and,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>    Proposed Defendant-Intervenors. | Case No. 2:24-cv-00438-DBB-DAO<br><br>**DEFENDANT-INTERVENOR'S [PROPOSED] RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Judge David Barlow<br>Magistrate Judge Daphne Oberg |

Pursuant to DUCivR 7-4(b)(2), Defendant-Intervenors Southern Utah Wilderness Alliance ("the SUWA Groups") *et al.* submit this response to Plaintiffs State of Utah *et al.*'s Complaint (Dkt. No. 1).

The Bureau of Land Management's decision and agency action finalizing the Conservation and Landscape Health Rule (Rule) is supported by substantial evidence and is not arbitrary and capricious. Therefore, the Court should uphold the Rule in its entirety.

Additionally, the SUWA Groups raise the following affirmative defense:

1. Plaintiffs fail to state a claim upon which relief may be granted for all or some of the claims in the Complaint;

Respectfully Submitted July 25, 2024

                                                 */s/ Stephen Bloch*
                                                 Stephen Bloch
                                                 Michelle White

                                                 Attorneys for Defendant-Intervenors
                                                 Southern Utah Wilderness Alliance and The Wilderness Society

                                                 Todd Tucci (*pro hac vice*)

                                                 Attorney for Defendant-Intervenor
                                                 Conservation Lands Foundation