**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| STATE OF UTAH, *et al.*, | |
| Plaintiffs, | Case No. 2:24-cv-00438-DBB-DAO |
| v. | |
| DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior, *et al.*, | **[PROPOSED] ORDER GRANTING MOTION TO INTERVENE** |
| Defendants, | Judge David Barlow |
| and, | Magistrate Judge Daphne Oberg |
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, | |
| Proposed Defendant-Intervenors. | |

This matter comes before the Court upon the Motion to Intervene filed by proposed Defendant-Intervenors Southern Utah Wilderness Alliance, Conservation Lands Foundation, and The Wilderness Society (collectively, "the SUWA Groups"). Having reviewed the Motion and opposition thereto, and determined that intervention is warranted, the SUWA Group's Motion is GRANTED.

Signed this ___ day of ____, 2024.

BY THE COURT: