SEAN D. REYES (USB #7969)
Utah Attorney General
STANFORD E. PURSER (USB #13440)
Utah Solicitor General
KATHY A.F. DAVIS (USB #4022)
Assistant Attorney General
JASON DEFOREST (USB #14628)
Assistant Attorney General
1594 West North Temple
Suite 300, Salt Lake City, UT 84114
(801) 538-9600
spurser@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov
*Attorneys for Plaintiff State of Utah*

TYLER R. GREEN (USB #10660)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
*Attorney for Plaintiff State of Utah*

D. DAVID DEWALD
Deputy Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov
*Attorney for Plaintiff State of Wyoming*

DANIEL SHAPIRO*
KATHLEEN S. LANE*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com
katie@consovoymccarthy.com
*Attorneys for Plaintiff State of Utah*

*\*Application for admission pro hac vice forthcoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| STATE OF UTAH, STATE OF WYOMING, <br><br> *Plaintiffs,* <br><br> v. <br><br> DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as the Director of the Bureau of Land Management; and U.S. BUREAU OF LAND MANAGEMENT, <br><br> *Defendants.* | **Memorandum in Opposition to Proposed Intervenor's Request for Expedited Consideration** <br><br> Case No. 2:24-cv-00438 <br><br> Judge David Barlow |

Plaintiffs State of Utah and State of Wyoming ("State Plaintiffs") hereby respectfully submit their Memorandum in Opposition to the Proposed Defendant-Intervenors Southern Utah Wilderness Alliance, Conservation Lands Foundation, and The Wilderness Society's (collectively, "SUWA Groups") Request for Expedited Consideration. Dkt. 29.

SUWA Groups contacted State Plaintiffs after noon on July 23, 2024, indicating for the first time that they intended to seek intervention and requesting the State Plaintiffs' position regarding the same. State Plaintiffs informed SUWA Groups that, considering Utah's recognition of the 24th of July Holiday, the State Plaintiffs would respond on the morning of July 25, 2024. As promised, on the morning of July 25, State Plaintiffs responded and told SUWA Groups that they would oppose SUWA Groups' Motion to Intervene.

Almost immediately after that, SUWA Groups responded and asked if the State Plaintiffs would agree to an expedited briefing schedule for their Motion to Intervene, suggesting SUWA Groups would ask this Court to allow State Plaintiffs only **two working days** to brief their Opposition to SUWA Groups' Motion to Intervene. State Plaintiffs informed SUWA Groups that they would oppose the proposed expedited briefing and request the full amount of time allowed under the Rules to respond to their Motion to Intervene. SUWA Groups filed their motions shortly thereafter.

The SUWA Groups propose an unreasonable timeframe for briefing their motion to intervene. State Plaintiffs would ordinarily be allowed 14 working days to evaluate and respond to SUWA Groups' Motion. *See* DUCivR 7-1(a)(4)(D). SUWA Groups' motion does not even set out a reason for the Court to substantially depart from that usual response period. *But see* DUCivR 7-1(a)(1) ("[A] motion and memorandum must be contained in the same document and include the following: … an initial separate section stating succinctly the specific relief sought and the grounds for the relief; and a recitation of relevant facts, supporting authority, and argument."). The State Plaintiffs have cogent, precedent-based arguments for opposing SUWA Groups' Motion to Intervene. But they

cannot be asked to prepare a proper Opposition to SUWA Groups' Motion that will facilitate this Court's full consideration of those arguments without sufficient time to fully develop them. At minimum, that requires the usual time allowed by this Court's rules for Utah's Opposition. *See* DUCivR 7-1(a)(4)(D). Providing the usual response time allowed by Rule is reasonable and will allow for a full and fair evaluation—by State Plaintiffs and this Court—of the arguments in opposition to SUWA Groups' Motion to Intervene.

SUWA Group's unreasonable proposed timeframe is also puzzling given the timeline of this case. The State Plaintiffs' Complaint has been on file for more than a month and their Motion for Preliminary Injunction has been on file for more than two weeks. The SUWA Groups therefore had time and opportunity to move for intervention on a standard briefing schedule (or, at minimum, a more reasonable expedited schedule). Their mere hope and desire to participate in the preliminary injunction briefing cannot override the parties' agreed-upon (and Court-approved) briefing schedule and certainly should not deprive the State Plaintiffs of the usual time allowed by rule for opposing SUWA Groups' Motion to Intervene. Given this delay, SUWA Groups' request to be allowed to participate in briefing on Plaintiffs' Motion for Preliminary Injunction should also be denied.

Considering the above, the State Plaintiffs oppose SUWA Groups' untimely and unexplained request for expedited briefing and seek the full amount of time allowed by the Local Rules to respond to SUWA Groups' Motion to Intervene. Additionally, the State Plaintiffs oppose SUWA Groups' untimely and unexplained request for involvement in the preliminary injunction briefing unless and until they are admitted as intervenors.

Dated: July 26, 2024

TYLER R. GREEN (USB #10660)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
*Attorney for Plaintiff State of Utah*

DANIEL SHAPIRO*
KATHLEEN S. LANE*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com
katie@consovoymccarthy.com
*Attorneys for Plaintiff State of Utah*

*\*Application for admission pro hac vice forthcoming*

Respectfully submitted,

/s/ Jason DeForest
SEAN D. REYES (USB #7969)
Utah Attorney General
STANFORD E. PURSER (USB #13440)
Utah Solicitor General
KATHY A.F. DAVIS (USB #4022)
Assistant Attorney General
JASON DEFOREST (USB #14628)
Assistant Attorney General
1594 West North Temple
Suite 300, Salt Lake City, UT 84114
(801) 538-9600
spurser@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov
*Attorneys for Plaintiff State of Utah*

D. DAVID DEWALD
Deputy Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov
*Attorney for Plaintiff State of Wyoming*

3