# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior *et al.*, <br><br> Defendants, <br><br> and, <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, <br><br> Proposed Defendant-Intervenors. | **MOTION FOR *PRO HAC VICE* ADMISSION OF TODD C. TUCCI** <br><br> Case No. 2:24-cv-00438-DBB-DAO <br><br> Judge David Barlow <br> Magistrate Judge Daphne Oberg |

I, Stephen Bloch, an attorney of record in the above-captioned case, hereby move for the admission *pro hac vice* of Todd C. Tucci pursuant to Local Civil Rule 83-1.1(c).  Mr. Tucci is an attorney regularly engaged in the practice of law and in good standing in Idaho, pursuant to the rules of the highest appellate court in that jurisdiction.

I regularly engage in the practice of law in Utah and am in good standing with the United States District Court for the District of Utah.  I am actively engaged in the conduct of this case; will sign all pleadings, documents, and briefs; and will be present at oral argument, if scheduled. I respectfully request the

1

admission *pro hac vice* of Mr. Tucci to practice law in the United States District Court for the District of Utah for purposes of this case only.

The application and proposed order are attached as exhibits, and the admission fee has been paid to the court. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Respectfully submitted July 26, 2024.

*/s/ Stephen Bloch*
Stephen Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, Utah 84111
Phone: 801 428 3981
Fax: 801 486 4233
steve@suwa.org

Attorney for Proposed Intervenor-Defendants Southern Utah Wilderness Alliance and The Wilderness Society
