

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Stephen Bloch |
| Firm: | Southern Utah Wilderness Alliance |
| Address: | 425 East 100 South |
| | Salt Lake City, Utah 84111 |
| Telephone: | (801) 428-3981 |
| Email: | steve@suwa.org |

| | |
|---|---|
| Pro Hac Vice Applicant: | Todd C. Tucci |
| Firm: | Advocates for the West |
| Address: | P.O. Box 1612 |
| | Boise, Idaho 83702 |
| Telephone: | (208) 724-2142 |
| Email: | ttucci@advocateswest.org |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Massachusetts State Bar (retired) | 648652 | Jan. 19, 2001 |
| Idaho State Bar | 6526 | April 25, 2002 |
| U.S. District Court for the District of Idaho | | April 25, 2002 |
| U.S Court of Appeals for the Ninth Circuit | | November 26, 2007 |
| U.S. District Court for the District of Colorado | | January 20, 2015 |
| U.S. District Court for the District of Columbia | ID0001 | May 6, 2019 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?       ☐ Yes       ☒ No

If yes, please explain:

|  |
|---|
|  |

1

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

July 26, 2024

_____
Date

2