# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior *et al.*,<br><br>　　Defendants,<br><br>　and,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>　　Proposed Defendant-Intervenors. | **[PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF TODD C. TUCCI**<br><br>Case No. 2:24-cv-00438-DBB-DAO<br><br>Judge David Barlow<br>Magistrate Judge Daphne Oberg |

Before the Court is the motion for *pro hac vice* admission of Todd C. Tucci.

Good cause appearing, the motion is **GRANTED**.

July ___, 2024

_____
Hon. Daphne Oberg
United States Magistrate Judge