UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH; and STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior; et al.,<br><br>Defendants. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION OF TODD C. TUCCI (DOC. NO. 33)**<br><br>Case No. 2:24-cv-00438<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Local counsel Stephen Bloch has filed a Motion for Pro Hac Vice Admission[1] seeking admission of Todd C. Tucci as counsel for proposed intervenors Southern Utah Wilderness Alliance, Conservation Lands Foundation, and The Wilderness Society. Based on the motion and application, Mr. Tucci meets the requirements for pro hac vice admission under Rule 83-1.1(c) of the Local Rules of Civil Practice. Therefore, the motion is GRANTED.

DATED this 29th day of July, 2024.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 33.)