Stephen H.M. Bloch (# 7813)
Michelle White (# 16985)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
michellew@suwa.org

Attorneys for Proposed Defendant-Intervenors
Southern Utah Wilderness Alliance and The Wilderness Society

Todd C. Tucci (Idaho Bar # 6526) (admitted *pro hac vice*)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, Idaho 83702
Telephone: (208) 724-2142
ttucci@advocateswest.org

Attorney for Proposed Defendant-Intervenor Conservation Lands Foundation

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior *et al.*,<br><br>    Defendants,<br><br>  and,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, CONSERVATION LANDS FOUNDATION, and THE WILDERNESS SOCIETY,<br><br>    Proposed Defendant-Intervenors. | Case No. 2:24-cv-00438-DBB-DAO<br><br>**REQUEST TO SUBMIT FOR DECISION**<br><br>Judge David Barlow<br>Magistrate Judge Daphne Oberg |

Pursuant to D.U. Civ. R. 7-3, Proposed Intervenor-Defendants Southern Utah Wilderness Alliance *et al.* (collectively, "SUWA Groups"), through their undersigned counsel, respectfully request that their pending Motion to Intervene ("Motion") be submitted for decision.

The SUWA Groups filed their Motion on July 25, 2024. (ECF No. 28.) Counsel for Federal Defendants indicated that the Federal Defendants take no position on the Motion (Motion at 1). Plaintiffs State of Utah *et al.* filed an opposition to the Motion on August 8, 2024. (ECF No. 41.) The SUWA Groups filed their reply in support of the Motion on August 14, 2024 (ECF No. 42).

No party has requested a hearing and the SUWA Groups do not believe oral argument is necessary to resolve their Motion.

Respectfully Submitted August 14, 2024.

/s/ Stephen Bloch
Stephen Bloch
Michelle White

Attorneys for Proposed Defendant-Intervenor
Southern Utah Wilderness Alliance and The
Wilderness Society

Todd C. Tucci (admitted *pro hac vice*)
Attorney for Proposed Defendant-Intervenor
Conservation Lands Foundation

1