SEAN D. REYES (USB #7969)
Utah Attorney General
STANFORD E. PURSER (USB #13440)
Utah Solicitor General
KATHY A.F. DAVIS (USB #4022)
Assistant Attorney General
JASON DEFOREST (USB #14628)
Assistant Attorney General
1594 West North Temple
Suite 300, Salt Lake City, UT 84114
(801) 538-9600
spurser@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov
*Attorneys for Plaintiff State of Utah*

TYLER R. GREEN (USB #10660)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
*Attorney for Plaintiff State of Utah*

D. DAVID DEWALD
Deputy Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov
*Attorney for Plaintiff State of Wyoming*

DANIEL SHAPIRO*
KATHLEEN S. LANE*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com
katie@consovoymccarthy.com
*Attorneys for Plaintiff State of Utah*

*\*Application for admission pro hac vice forthcoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, STATE OF WYOMING, *Plaintiffs*, v. DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as the Director of the Bureau of Land Management; and U.S. BUREAU OF LAND MANAGEMENT, *Defendants*. | **REQUEST TO SUBMIT FOR DECISION PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** Case No. 2:24-cv-00438 Judge David Barlow Magistrate Judge Daphne A. Oberg |

Pursuant to D.U. Civ. R. 7-3, Plaintiffs State of Utah and State of Wyoming (collectively "Plaintiffs"), by and through undersigned counsel, hereby respectfully request their pending Motion for Preliminary Injunction be submitted for decision.

Plaintiffs filed their Motion for Preliminary Injunction on July 11, 2024. Dkt. 18. Counsel for Federal Defendants filed their Opposition to the Motion for Preliminary Injunction on August 1, 2024. Dkt. 40. Plaintiffs filed their Reply in Support of the Motion for Preliminary Injunction on August 15, 2024. Dkt. 44. Plaintiffs' Motion for Preliminary Injunction is therefore fully briefed and ready for decision.

Plaintiffs hereby request oral argument to resolve the Motion for Preliminary Injunction.

Dated: September 9, 2024

Respectfully submitted,

/s/ J. DeForest

| | |
|---|---|
| TYLER R. GREEN (USB #10660) | SEAN D. REYES (USB #7969) |
| Consovoy McCarthy PLLC | Utah Attorney General |
| 222 S. Main Street, 5th Floor | STANFORD E. PURSER (USB #13440) |
| Salt Lake City, UT 84101 | Utah Solicitor General |
| (703) 243-9423 | KATHY A.F. DAVIS (USB #4022) |
| tyler@consovoymccarthy.com | Assistant Attorney General |
| *Attorney for Plaintiff State of Utah* | JASON DEFOREST (USB #14628) |
| | Assistant Attorney General |
| DANIEL SHAPIRO* | 1594 West North Temple |
| KATHLEEN S. LANE* | Suite 300, Salt Lake City, UT 84114 |
| Consovoy McCarthy PLLC | (801) 538-9600 |
| 1600 Wilson Blvd., Suite 700 | spurser@agutah.gov |
| Arlington, VA 22209 | kathydavis@agutah.gov |
| (703) 243-9423 | jdeforest@agutah.gov |
| daniel@consovoymccarthy.com | *Attorneys for Plaintiff State of Utah* |
| katie@consovoymccarthy.com | |
| *Attorneys for Plaintiff State of Utah* | D. DAVID DEWALD |
| | Deputy Attorney General |
| | Office of the Attorney General of Wyoming |
| *Application for admission pro hac vice forthcoming | 109 State Capitol |
| | Cheyenne, WY 82002 |
| | (307) 777-7895 |
| | david.dewald@wyo.gov |
| | *Attorney for Plaintiff State of Wyoming* |