SEAN D. REYES (USB #7969)
Utah Attorney General
STANFORD E. PURSER (USB #13440)
Utah Solicitor General
KATHY A.F. DAVIS (USB #4022)
Assistant Attorney General
JASON DEFOREST (USB #14628)
Assistant Attorney General
1594 West North Temple
Suite 300, Salt Lake City, UT 84114
(801) 538-9600
spurser@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov
*Attorneys for Plaintiff State of Utah*

TYLER R. GREEN (USB #10660)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
*Attorney for Plaintiff State of Utah*

D. DAVID DEWALD
Deputy Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov
*Attorney for Plaintiff State of Wyoming*

DANIEL SHAPIRO*
KATHLEEN S. LANE*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com
katie@consovoymccarthy.com
*Attorneys for Plaintiff State of Utah*

*\*Application for admission pro hac vice forthcoming*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, STATE OF WYOMING, *Plaintiffs*, v. DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as the Director of the Bureau of Land Management; and U.S. BUREAU OF LAND MANAGEMENT, *Defendants*. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE SCHEDULING ORDER**<br><br>Case No. 2:24-cv-00438<br><br>Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

Plaintiffs and Federal Defendants jointly request this Court extend by two weeks the deadline for the parties to file their proposed scheduling order. In support of this request, Plaintiffs and Defendants state as follows:

1. Federal Defendants filed their answer to Plaintiffs' Complaint on August 27, 2024, triggering the 14-day deadline under DUCivR 7-4(c) for filing a proposed scheduling order. Dkt. 45.

2. Pursuant to DUCivR 7-4(c), the proposed scheduling order is therefore due on or before September 10, 2024.

3. Plaintiffs and Defendants have conferred regarding the proposed scheduling order and exchanged drafts of the same. However, counsel needs additional time to confer with their clients regarding the deadlines set forth therein.

4. Additionally, the Parties have fully briefed a Motion for Preliminary Injunction, ECF No. 18, which raises some uncertainty regarding the schedule for briefing on the merits.

5. The Southern Utah Wilderness Alliance and other environmental groups filed a Motion to Intervene, ECF No. 28, and that motion remains pending. The resolution of the motion to intervene could affect the merits briefing schedule.

6. A court in the District of Wyoming issued an order transferring a case challenging the same U.S. Bureau of Land Management rule that is challenged in this case to the District of Utah. *See* Order Granting Defendants' Unopposed Motion to Transfer, *Am. Farm Bureau Fed'n v. U.S. Dept. of the Interior*, No. 1:24-cv-136-ABJ (Sept. 10, 2024), ECF No. 19. The Parties need time to discuss whether and how the briefing of that case should be coordinated with the briefing of this one.

7. A short, two-week extension of time to file a proposed scheduling order would allow the existing parties sufficient time to meet and confer and attempt to work together to develop a mutually agreeable proposed scheduling order for this Court's consideration. This would conserve the parties' and the Court's resources.

For these reasons, Plaintiffs and Defendants respectfully request this Court extend the deadline for filing a proposed scheduling order by two weeks – to September 24, 2024 – to allow the parties additional time to finalize a proposed scheduling order.

Dated: September 10, 2024

TYLER R. GREEN (USB #10660)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
*Attorney for Plaintiff State of Utah*

DANIEL SHAPIRO*
KATHLEEN S. LANE*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com
katie@consovoymccarthy.com
*Attorneys for Plaintiff State of Utah*


*\*Application for admission pro hac vice forthcoming*

Respectfully submitted,

/s/ J. DeForest
SEAN D. REYES (USB #7969)
Utah Attorney General
STANFORD E. PURSER (USB #13440)
Utah Solicitor General
KATHY A.F. DAVIS (USB #4022)
Assistant Attorney General
JASON DEFOREST (USB #14628)
Assistant Attorney General
1594 West North Temple
Suite 300, Salt Lake City, UT 84114
(801) 538-9600
spurser@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov
*Attorneys for Plaintiff State of Utah*

D. DAVID DEWALD
Deputy Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov
*Attorney for Plaintiff State of Wyoming*

Dated: September 10, 2024

Respectfully submitted,

/s/Luther L. Hajek

TODD KIM
Assistant Attorney General Environmental &
Natural Resources Division
United States Department of Justice

SHANNON BOYLAN
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
150 M St NE
Washington, D.C. 20002
Tel: (202) 598-9584 / Fax: (202) 305-0506
Shannon.boylan@usdoj.gov

LUTHER L. HAJEK
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th St.
South Terrace – Suite 370
Denver, CO 80202
Tel: 303-844-1376 / Fax: 303-844-1350
Luke.hajek@usdoj.gov

*Attorneys for Defendants*