THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DEB HAALAND, in her official capacity as the Secretary of the U.S. Dep't of the Interior, *et al.*,<br><br>　　　　Defendants. | **ORDER GRANTING [51] JOINT MOTION TO TRANSFER AND REASSIGN RELATED CASE**<br><br>Civil No. 2:24-cv-00438<br>Related Case: 2:24-cv-00665<br><br>Judge David Barlow |

Before the court is the parties' Joint Motion to Transfer and Reassign Related Case.[1] Pursuant to the Motion, the parties jointly move to transfer and reassign *American Farm Bureau Federation, et al., v. U.S. Department of the Interior, et al.*,[2] to Judge Barlow given that the Judge Barlow is presiding over the related case of *Utah et al. v. Haaland et al.*[3]

DUCivR 83-2 governs the transfer of related cases and lists eight factors for the court to consider when evaluating a Motion to Transfer and Reassign. After reviewing the factors listed in DUCivR 83-2, the court grants the Joint Motion to Transfer and Reassign Related Case.[4] The clerk of court is directed to reassign *American Farm Bureau Federation, et al., v. U.S. Department of the Interior, et al.*,[5] to the undersigned.

---

[1] 2:24-cv-00438, ECF No. 51.
[2] 2:24-cv-00665.
[3] 2:24-cv-00438.
[4] 2:24-cv-00438, ECF No. 51.
[5] 2:24-cv-00665.

Signed October 23, 2024.

BY THE COURT:

David Barlow
United States District Court Judge