SEAN D. REYES (USB #7969)
Utah Attorney General
STANFORD E. PURSER (USB #13440)
Utah Solicitor General
KATHY A.F. DAVIS (USB #4022)
Assistant Attorney General
JASON DEFOREST (USB #14628)
Assistant Attorney General
1594 West North Temple
Suite 300, Salt Lake City, UT 84114
(801) 538-9600
spurser@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov
*Attorneys for Plaintiff State of Utah*

TYLER R. GREEN (USB #10660)
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com
*Attorney for Plaintiff State of Utah*

D. DAVID DEWALD
Deputy Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov
*Attorney for Plaintiff State of Wyoming*

DANIEL SHAPIRO*
KATHLEEN S. LANE*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com
katie@consovoymccarthy.com
*Attorneys for Plaintiff State of Utah*

*\*Application for admission pro hac vice forthcoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, STATE OF WYOMING, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as the Director of the Bureau of Land Management; and U.S. BUREAU OF LAND MANAGEMENT, <br> *Defendants*. | **PLAINTIFFS' NOTICE OF INTENT REGARDING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION** <br><br> Case No. 2:24-cv-00438 <br><br> Judge David Barlow <br> Magistrate Judge Daphne A. Oberg |

Plaintiffs file the instant Notice in response to the Court's request regarding the briefing for Plaintiffs' Motion for Preliminary Injunction, Dkt. 57. **Plaintiffs do not intend to file an amended motion for preliminary injunction, choosing instead to rely on the briefing already before the**

**Court** (*See* Dkt. 18, 40, 44). Plaintiffs nevertheless reserve the right to file a reply memorandum in response to any opposition filed by Intervenors within the time contemplated by the Court's October 23, 2024 Order, Dkt 57.

Dated: October 25, 2024

Respectfully submitted,

/s/ J. DeForest

| | |
|---|---|
| TYLER R. GREEN (USB #10660) | SEAN D. REYES (USB #7969) |
| CONSOVOY MCCARTHY PLLC | Utah Attorney General |
| 222 S. Main Street, 5th Floor | STANFORD E. PURSER (USB #13440) |
| Salt Lake City, UT 84101 | Utah Solicitor General |
| (703) 243-9423 | KATHY A.F. DAVIS (USB #4022) |
| tyler@consovoymccarthy.com | Assistant Attorney General |
| *Attorney for Plaintiff State of Utah* | JASON DEFOREST (USB #14628) |
| | Assistant Attorney General |
| DANIEL SHAPIRO* | 1594 West North Temple |
| KATHLEEN S. LANE* | Suite 300, Salt Lake City, UT 84114 |
| CONSOVOY MCCARTHY PLLC | (801) 538-9600 |
| 1600 Wilson Blvd., Suite 700 | spurser@agutah.gov |
| Arlington, VA 22209 | kathydavis@agutah.gov |
| (703) 243-9423 | jdeforest@agutah.gov |
| daniel@consovoymccarthy.com | *Attorneys for Plaintiff State of Utah* |
| katie@consovoymccarthy.com | |
| *Attorneys for Plaintiff State of Utah* | D. DAVID DEWALD |
| | Deputy Attorney General |
| | Office of the Attorney General of Wyoming |
| *\*Application for admission pro hac vice forthcoming* | 109 State Capitol |
| | Cheyenne, WY 82002 |
| | (307) 777-7895 |
| | david.dewald@wyo.gov |
| | *Attorney for Plaintiff State of Wyoming* |