**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| STATE OF UTAH, *et al.*, | ) Case No. 2:24-cv-438-DBB-DAO |
| | ) Honorable David Barlow |
| Plaintiffs, | ) Magistrate Judge Daphne A. Oberg |
| | ) |
| v. | ) |
| | ) **[PROPOSED] ORDER STAYING** |
| U.S. DEPARTMENT OF THE | ) **LITIGATION** |
| INTERIOR, *et al.,* | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| SOUTHERN UTAH WILDERNESS | ) |
| ALLIANCE, *et al.*, | ) |
| | ) |
| Defendant-Intervenors. | ) |
| _____ | ) |

Upon consideration of Defendants' Unopposed Motion for Stay, and finding good cause to grant the motion, the Court hereby orders that the motion is GRANTED. It is further ORDERED that the case shall be stayed for sixty days. At the end of the sixty-day period, the parties shall file a status report advising whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the parties shall propose a revised litigation schedule.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
David Barlow
United States District Judge