THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as the Secretary of the U.S. Department of the Interior, et al.,<br><br>Defendants.<br><br>and,<br><br>SOURTHERN UTAH WILDERNESS ALLIANCE, CONSERVATIONLANDS FOUNDATION, and THE WILDERNESS SOCIETY<br><br>Defendant-Intervenors. | **ORDER GRANTING [66] DEFENDANTS' UNOPPOSED MOTION FOR STAY AND DENYING [18] MOTION FOR PRELIMINARY INJUNCTION AND [62] MOTION FOR REVIEW OF AGENCY ACTION**<br><br>Case No. 2:24-cv-00438-DBB-DAO<br><br>District Judge David Barlow |

Before the court is the Defendants' Unopposed Motion for Stay.[1] Based upon the briefing and for good cause appearing, the court hereby GRANTS the Motion for Stay and ORDERS that the parties submit a status report indicating how the parties intend to move forward on April 1, 2025.

Given the stay, all pending motions are administratively denied without prejudice.[2] The parties are granted leave to refile the pending motions within 30 days after the lift of the stay.

---

[1] ECF No. 66.
[2] ECF Nos. 18, 62.

1

Signed February 3, 2025.

BY THE COURT

_____
David Barlow
United States District Judge