THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>     Defendants,<br><br><br>and<br><br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>     Defendant-Intervenors. | **ORDER CONTINUING STAY**<br><br>Civil No. 2:24-cv-00438-DBB-DAO<br><br>Judge David Barlow |

On February 3, 2025, the court stayed this case.[1] Most recently, the court continued the stay on June 3, 2025, and ordered the parties to submit a status report within sixty days.[2] The parties submitted a Joint Status Report in accordance with the court order.[3] In the Joint Status Report, the parties request an additional sixty days to evaluate the case and determine how they wish to proceed.[4]

---

[1] ECF No. 68.
[2] ECF No. 72.
[3] ECF No. 73.
[4] *Id.*

Based on the Joint Status Report and for good cause appearing, the court hereby orders that the case shall remain stayed until October 6, 2025. The parties are ordered to submit a status report on or before October 6, 2025.

Signed August 5, 2025.

BY THE COURT:

David Barlow
United States District Court Judge