UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>  Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>  Defendant-Intervenors. | **ORDER CONTINUING STAY**<br><br>Case No. 2:24-cv-00438-DBB-DAO<br><br>Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

This case is currently stayed to avoid the waste of resources that would be incurred in proceeding with litigation while the Defendants are actively reconsidering the challenged rule. The parties have informed the court that Defendants have completed a new rulemaking process, which rescinds the challenged rule.

On May 26, 2026, the parties advised the court that the stay should be continued for an additional sixty days. For good cause shown, the case shall remain stayed for sixty days from the date of this order. At the end of the sixty-day period, the parties shall file a motion or other document indicating whether further proceedings in this case are necessary.

IT IS SO ORDERED.

DATED this 27th day of May, 2026.

_____
David Barlow
United States District Judge